*Messrs. Oscar A. Provost* and *W. Marvin Smith* for Johnston, Warden.

No. 1035. PENNSYLVANIA EX REL. BUSSER *v.* SMITH, WARDEN. On petition for writ of certiorari to the Supreme Court of Pennsylvania. April 6, 1942. The motion for leave to proceed further *in forma pauperis* is denied for the reason that the Court, upon examination of the papers herein submitted, finds that the application for writ of certiorari was not filed within the time provided by law. Section 8 (a), Act of February 13, 1925 (43 Stat. 936, 940). The petition for writ of certiorari is therefore also denied. *George R. Busser, pro se.*

No. 918. GILMORE *v.* UNITED STATES. April 6, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Dewey Gilmore, pro se. Solicitor General Fahy* and *Assistant Attorney General Berge* for the United States.

No. 925. WELLS *v.* UNITED STATES. April 6, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Selvie Windfield Wells, pro se. Solicitor General Fahy* and *Assistant Attorney General Berge* for the United States.

No. 984. GRAHAM *v.* AMRINE, WARDEN. April 6, 1942. Petition for writ of certiorari to the Supreme Court of Kansas, and motion for leave to proceed further *in forma pauperis,* denied. *Hayward Graham, pro se.*